FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEVIN GLEASON<br><br>　　　　　Defendant. | Case No.: CR 97-1057-R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist. CA** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **allegedly using drugs on supervision; not complying w/ resid. treatment program**

```
 1  _____
 2  _____
 3  _____
 4      and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6      clear and convincing evidence that he/she is not likely to pose
 7      a danger to the safety of any other person or the community if
 8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9      on:_____
10  _____
11  _____
12  _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/10/11

_____
UNITES STATES MAGISTRATE JUDGE