FILED
CLERK, U.S. DISTRICT COURT
DEC 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 97-1057 R

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
|  | ) Allegations of Violations of Probation |
|  | ) Supervised Release) |
|  | ) Conditions of Release) |
| Kevin Hearn | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he can remain arrest [illegible]
drug free

(B) ( )✓ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he can abide by court orders

IT IS ORDERED that defendant be detained.

DATED: 12/31/13

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE